

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,759-01

### EX PARTE MIGUEL ANGEL LIRA-CASTILLO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR2019-578-001 IN THE 207TH DISTRICT COURT
### FROM COMAL COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young,* 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery with a deadly weapon and sentenced to imprisonment for twenty-nine years. No direct appeal was taken.

Applicant's grounds two and three are dismissed because they were waived as part of the plea agreement in this case. *Ex parte Reedy,* 282 S.W.3d 492, 498 (Tex. Crim. App. 2009). After a review of the record, Applicant's ineffective assistance of trial counsel claim in ground one is denied.

Filed:          August 25, 2021
Do not publish